BEFORE THE THIRD DIVISION, MAY 10, 1939

No. 41281.—Protest 964812-G of Modern Industrial Bank (New York).

Opinion by CLINE, J. It appeared that the merchandise consisted of uncanceled postage stamps of Southern Rhodesia imported in paper covered packages and that the only name of a country which appeared on the outside of the packages was the postmark. As the protest was prematurely filed it was dismissed.

BEFORE THE FIRST DIVISION, MAY 11, 1939

No. 41282.—Protest 984990-G of Henle Wax Paper Mfg. Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Birn & Wachenheim* v. *Dupont Cellophane Co. et al.* (17 C. C. P. A. 122, T. D. 43454) the transparit in question was held dutiable at 40 cents per pound under paragraph 31 as claimed.

No. 41283.—Protests 984091-G, etc., of Anco Import Co. et al. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of transparent glass beads similar to those the subject of Abstract 39360. The claim at 35 percent under paragraph 1503 was therefore sustained.

No. 41284.—Protests 982433-G, etc., of M. Zwiebel et al. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of opera glasses similar to those the subject of *Woolworth* v. *United States* (C. D. 74). The claim at 35 percent under paragraph 228 (b) was sustained except as to such as may have been entered or withdrawn from warehouse prior to June 15, 1936, which are dutiable at 45 percent under the same paragraph.

No. 41285.—Protest 958203-G of Cline Stewart Co., Inc. (Los Angeles).

Opinion by SULLIVAN, J. Christmas-tree bells the same as those passed upon in *Kresge* v. *United States* (25 C. C. P. A. 1, T. D. 48975) were held dutiable at 45 percent under paragraph 397 in accordance with stipulation of counsel.

No. 41286.—Protests 747848-G, etc., of Weymouth & Young (Los Angeles).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of bottles of a capacity over one pint, imported containing rum or gin the product of the Philippine Islands. On the authority of Abstract 38912 the claim at one-third of 1 cent per pound under paragraph 217 was sustained.